PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| EMILY GELLATLY, | ) |
| | ) CASE NO. 5:22CV646 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| CHILDREN'S HOSPITAL MEDICAL | ) |
| CENTER OF AKRON, *et al.*, | ) **ORDER OF DISMISSAL** |
| | ) |
| Defendants. | ) |

On November 28, 2022, counsel for Defendant Children's Hospital Medical Center of Akron notified the Court that all parties in the above-captioned matter reached a settlement. Therefore, the docket shall be marked "settled and dismissed without prejudice." On or before December 28, 2022, the parties shall submit an executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this Order.

All upcoming case management dates are vacated.

IT IS SO ORDERED.

| | |
|---|---|
| November 28, 2022 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |