**Approved.**
**/s/** *Benita Y. Pearson* **on 8/23/2023**
**United States District Judge**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EMILY GELLATLY, | ) | CASE NO.: 5:22-cv-00646 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | MAGISTRATE JUDGE CARMEN E. HENDERSON |
| | ) | |
| CHILDREN'S HOSPITAL MEDICAL CENTER OF AKRON, et al., | ) ) | <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u> |
| | ) | |
| Defendants. | ) | |

Plaintiff Emily Gellatly and Defendant Children's Hospital Medical Center of Akron, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal of all claims asserted in this matter with prejudice. Parties shall bear their own attorney fees, expenses, and costs. The parties further stipulate that this Court shall retain jurisdiction to enforce the parties' Settlement Agreement and General Release.

Respectfully submitted,

| | |
|---|---|
| /s/ Alison Bernal | /s/ Michael P. Karst |
| Alison Bernal (Admitted Pro Hac Vice, CA Bar No. 264629) | John W. McKenzie (0059266) |
| alison@nshmlaw.com | jmckenzie@kwwlaborlaw.com |
| NYE, STIRLING, HALE & MILLER, LLP | Michael P. Karst (0091020) |
| 33 W. Mission Street, Suite 201 | mkarst@kwwlaborlaw.com |
| Santa Barbara, CA 93101 | KASTNER WESTMAN & WILKINS, LLC |
| Phone: (805) 963-2345 | 3550 West Market Street, Suite 100 |
| Counsel for Plaintiff Emily Gellatly | Akron, Ohio 44308 |
| | 330.867.9998 (t) |
| | 330.867.3786 (f) |
| | Counsel for Defendant Children's Hospital Medical Center of Akron |

Approved,

_____
JUDGE BENITA Y. PEARSON